Clear Form

**FILED**
FEB 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DMR

Jane Stillwater

                 Plaintiff,

vs.

United States of America

                 Defendant.

CV-25-1995

CASE NO. _____

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Jane Stillwater , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ____ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  I have done several one-day/one-time background acting jobs through SAG-AFTRA totallin
3  _____
4  _____
5  2.     Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7         a.     Business, Profession or              Yes ✔ No ___
8                self employment?
9         b.     Income from stocks, bonds,           Yes ___ No ✔
10               or royalties?
11        c.     Rent payments?                       Yes ___ No ✔
12        d.     Pensions, annuities, or              Yes ___ No ✔
13               life insurance payments?
14        e.     Federal or State welfare payments,   Yes ✔ No ___
15               Social Security or other govern-
16               ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19  Food Stamps, Social Security ($571 per month)  See #1 for last year's SG-AFTRA informat
20 _____
21 3.     Are you married?                            Yes ___ No ✔
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.     a.     List amount you contribute to your spouse's support:$ _____
27        b.     List the persons other than your spouse who are dependent upon you for support
28               and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

N/A

_____

5.   Do you own or are you buying a home?        Yes ___  No ✔

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.   Do you own an automobile?                    Yes ✔  No ___

Make Toyota          Year 1990          Model Tercel

Is it financed? Yes ___ No ✔  If so, Total due: $_____

Monthly Payment: $_____

7.   Do you have a bank account? Yes ✔  No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Cooperative Center Credit Union, 634 Ferry Street, Martinez, CA 94553

Present balance(s): $ 411.11

Do you own any cash? Yes ✔ No ___ Amount: $ 30

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)                                Yes ___  No ✔

_____

8.   What are your monthly expenses?

Rent: $ 98                              Utilities: 100

Food: $ 200                             Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

N/A

- 3 -

1
2    10.    Does the complaint which you are seeking to file raise claims that have been presented in
3    other lawsuits?   Yes ✔   No ____
4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5    which they were filed.
6    Stillwater v USPS, Alameda County Superior Court, 24CV062661, dismissed w/out predjudice
7    due to FTCA requirements that this suit could only be brought in federal court.
8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9    false statement herein may result in the dismissal of my claims.
10
11   Feb. 14, 2025                          Jene Stillwater
12        DATE                              SIGNATURE OF APPLICANT
13
14
...
28

- 4 -