| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division |
| 3 | MICHAEL A. KEOUGH (NYRN 5199666)<br>Assistant United States Attorney |

1301 Clay Street, Suite 340S
Oakland, California 94612-5217
Telephone: (510) 637-3721
Facsimile:  (510) 637-3724
michael.keough@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| JANE STILLWATER, | ) | Case No. 4:25-CV-1995-DMR |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER (AS MODIFIED)** |
| | ) | **REGARDING INITIAL CASE MANAGEMENT** |
| v. | ) | **CONFERENCE DATE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant (the "Parties") hereby stipulate and jointly request that Court modify the date of the upcoming case management conference, currently set for September 3, 2025, to October 29, 2025.

The reason for the request is that Defendant's response to the Complaint is presently due on September 22, 2025, and the Parties agree that holding the case management conference after Defendant has responded to the Complaint will result in a more productive conference, conserving the resources of the Parties and the Court.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: August 14, 2025 | Respectfully submitted, |
| 2 | | CRAIG H. MISSAKIAN<br>United States Attorney |
| 3 | | |
| 4 | | /s/ *Michael A. Keough*<br>MICHAEL A. KEOUGH |
| 5 | | Assistant United States Attorney |
| 6 | | *Attorneys for Defendant* |
| 7 | | /s/ *Jane Stillwater**<br>JANE STILLWATER |
| 8 | | |
| 9 | | *Plaintiff Pro Se* |

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STIPULATION AND ORDER REGARDING DATE OF INITIAL CMC
Case No: No. 4:25-cv-1995-DMR

2

**ORDER (AS MODIFIED)**

Pursuant to the stipulation of the Parties, the initial case management conference is continued to October 29, 2025 at 1:30 p.m. in Oakland, by Videoconference only. Parties shall file a joint case management conference by October 22, 2025. All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/**.

IT IS SO ORDERED AS MODIFIED.

Dated: August 15, 2025



_____
DONNA M. RYU
Chief Magistrate Judge

JOINT STIPULATION AND ORDER REGARDING DATE OF INITIAL CMC
Case No: No. 4:25-cv-1995-DMR